EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Shadiff M. Repullo Casiano | 2020 TSPR 121<br><br>205 DPR _____ |

Número del Caso:  TS-17,545


Fecha:  7 de octubre de 2020


Abogado de la parte peticionaria:

      Lcdo. Angel Yamil Nieves-Negrón


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Shadiff M. Repullo Casiano            TS-17,545

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de octubre de 2020

Evaluada la *Moción solicitando reinstalación a la práctica de la abogacía* presentada por la Sra. Shadiff M. Repullo Casiano, se provee ha lugar.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez hubiese condicionado la reinstalación de la Sra. Shadiff M. Repullo Casiano al ejercicio de la abogacía a que acreditara su cumplimiento con los dos (2) créditos en materia de Ética que adeuda por el tiempo que estuvo activa previo a su suspensión. Los Jueces Asociados señor Estrella Martínez y el señor Colón Pérez no intervinieron.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo